```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiffs,        )
                               )           4:06CR3128
       v.                      )
                               )
ALICIA M. OLSEN,               )
                               )             ORDER
            Defendants.        )
                               )
```

   IT IS ORDERED:

   Plaintiff's oral motion to continue the initial appearance is granted and the initial appearance is continued to October 3, 2006 at 9:00 a.m. before the undersigned.

   Plaintiff is directed to prepare an amended summons and deliver it to the clerk's office for issuance.

   DATED this 22nd day of September, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge