IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3128 |
| | ) | |
| v. | ) | |
| | ) | |
| ALICIA M. OLSEN, | ) | AMENDMENT OF JUDGMENT IN A |
| | ) | CRIMINAL CASE |
| Defendants. | ) | |
| | ) | |

   IT IS ORDERED that the Judgment in a Criminal Case, document 69, imposed April 10, 2007, is amended in that portion labeled "Imprisonment" to read as follows:

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **5 months** followed by 5 months of home detention during supervised release, which 5 months of home detention shall begin on the tenth day after giving birth to her baby with which she is now pregnant.

   Dated October 1, 2007.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge